**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida  www.flsb.uscourts.gov**
**Chapter 13 Plan (Individual Adjustment of Debts)**

Debtor: **Prendergast, Lakisha**          Joint Debtor: _____   Case No: 15-27945
Last Four Digits of SS# 9672          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **36** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. **$220.00** for month **1** to **5**;
B. **$283.97** for month **6** to **10**;
C. **$63.97** for month **11** to **36**;

in order to pay the following creditors:

<u>Administrative</u>:   Attorney's Fee - $ **3,500** ($3,500 Ch. 13 Fee)
Total Paid Pre Petition: $**1,500**
Balance Due: $ **2,000.00** payable $**200**/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                               Arrearage on Petition Date $
Address:                              Arrears Payment **$**/month  (Months 1 to 36)
                                      Regular Payment **$**/month  (Months 1 to 36)
Account #:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payment | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
| | | | | | | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None                               Total Due $     Amount Entitled to Priority: **$**
                                      Payable **$**/month (Months  to )

<u>Unsecured Creditors:</u> Pay $**58.16**/month (Months **6** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

Any additional fees may be included in an amended plan or modified plan.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

Debtor is attempting a loan modification of the mortgage on the homestead with BSI Financial Services (Account # ending in: 2560). If approved, she will pay direct and outside of the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Lakisha Prendergast*                                           _____
Debtor                                                              Joint Debtor

Date: **November 5, 2015**                                    Date: